UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JASON KEITH BRUCE,<br><br>        Defendant. | Case No. 2:23-cr-00080-JAM-2<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JASON KEITH BRUCE</u> , Case No. <u>2:23-cr-00080-JAM-2</u> , Charges <u>18 USC § 371</u> from custody for the following reasons:

    <u>  X  </u>    Release on Personal Recognizance

    <u>      </u>    Bail Posted in the Sum of $ <u>          </u>

        <u>      </u>    Unsecured Appearance Bond $ <u>          </u>

        <u>      </u>    Appearance Bond with 10% Deposit

        <u>      </u>    Appearance Bond with Surety

        <u>      </u>    Corporate Surety Bail Bond

        <u>      </u>    (Other): <u>Terms as stated on the record.</u>

Issued at Sacramento, California on March 24, 2023 at 2:46 PM.

Dated: March 24, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE