**FILED**
March 28, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JASON KEITH BRUCE<br><br>    Defendant. | Case No. 2:23-cr-00080-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JASON KEITH BRUCE</u> Case No. <u>2:23-cr-00080-JAM</u>  Charges <u>18 USC § 371</u> from custody for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $ _____

 __X__   Unsecured Appearance Bond $   750,000.00

 _____   Appearance Bond with 10% Deposit

 __X__   Appearance Bond with posting of property ($750,000.00)

 _____   Corporate Surety Bail Bond

 __X__   (Other): <u>Unsecured Appearance Bond to be replaced with the posting of a Secured Appearance Bond for property 14356 Liberty Road, Galt CA. Defendant previously released on his own recognizance.</u>

Issued at Sacramento, California on March 28, 2023 at 2:00 PM

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE