THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON KEITH BRUCE,<br><br>　　　　Defendant. | Case No.: 2:23-cr-00080-JAM-2<br><br>**ORDER SEALING DOCUMENTS** |

The Court has considered the defendant's Request to Seal the Declaration of Thomas A. Johnson. The Court finds good cause for sealing the Declaration of Thomas A. Johnson.

　　　　IT IS HEREBY ORDERED that the declaration of Thomas A. Johnson shall be filed **UNDER SEAL**.

Dated: September 03, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

- 1 -