1  MICHELE BECKWITH
   Acting United States Attorney
2  KATHERINE T. LYDON
   WHITNEE GOINS
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00080-JAM |
|---|---|
| Plaintiff, | **FIRST STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| v. | DATE: May 20, 2025 |
| JASON KEITH BRUCE, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorneys Katherine T. Lydon and Whitnee Goins, counsel for plaintiff, and Attorney Tom Johnson, counsel for defendant Jason Keith Bruce, that the judgment and sentencing scheduled for May 20, 2025, be continued to **July 1, 2025, at 9:00 a.m.**

Defense counsel is unavailable on May 20, 2025. Defense counsel also requires additional time to prepare for the judgment and sentencing. Therefore, the parties jointly request that the Court continue the judgment and sentencing to July 1, 2025 at 9:00 a.m.

///
///
///
///
///

1

Respectfully submitted,

Dated: April 1, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ WHITNEE GOINS
WHITNEE GOINS
Assistant United States Attorney

Dated: April 1, 2025

/s/ TOM JOHNSON
TOM JOHNSON
Attorney for Defendant
JASON KEITH BRUCE

## **O R D E R**

**IT IS HEREBY ORDERED** that the judgment and sentencing currently scheduled for May 20, 2025, at 9:00 a.m. is **CONTINUED** to **July 01, 2025, at 9:00 a.m.**

Dated: April 01, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE