THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON KEITH BRUCE,<br><br>　　　　Defendant | Case No.: 2:23-cr-00080-JAM-2<br><br>FINDINGS AND ORDER |

　　　IT IS SO FOUND AND ORDERED this 30th day of April 2025, that the passport for defendant, JASON KEITH BRUCE, may be temporarily returned to him solely for the purpose of his Los Cabos, Mexico trip between June 19, 2025, and June 23, 2025. He may pick it up no earlier than June 17, 2025, and must return his passport to the Clerk of the Court by the close of business on June 24, 2025.

　　　He is further ORDERED not to travel to any other countries other than Mexico, and to comply with directives of the pretrial officer regarding check-ins by phone, as well as all other terms of pretrial supervision as ordered previously in this case.

/////

/////

/////

- 1 -

The hearing set for 5/2/2025 at 2:00 PM before Chief Magistrate Judge Carolyn K. Delaney is VACATED.

Dated:  April 30, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE