THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON KEITH BRUCE,<br><br>    Defendant | Case No.: 2:23-cr-0080-JAM<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING**<br><br>Date:     July 1, 2025<br>Judge:   Hon. John Mendez |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for July 1, 2025, is continued to **August 19, 2025, at 09:00 a.m.**, in the same courtroom. The parties need additional time to prepare for sentencing. Whitnee Goins, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The assigned probation officer is available on the newly requested date. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | **August 19, 2025, at 09:00 a.m.** |
| Reply or Statement of Non-opposition | **August 12, 2025** |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **August 5, 2025** |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later | **July 29, 2025** |

1

than:

Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than:   **July 22, 2025**

**IT IS SO STIPULATED.**

Dated: June 13, 2025    /s/ Thomas A. Johnson
                                           THOMAS A. JOHNSON
                                           Attorney for Jason Bruce


                                           MICHELLE BECKWITH
                                           Acting United States Attorney

Dated: June 13, 2025    /s/ Whitnee Goins
                                           WHITNEE GOINS
                                           Assistant U.S. Attorney


## ORDER

      IT IS SO ORDERED.

Dated: June 13, 2025    /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           SENIOR UNITED STATES DISTRICT JUDGE

2