THOMAS A. JOHNSON, SBN# 119203
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA  95814
Telephone: (916) 442-4022
Attorney for Jason Bruce

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JASON KEITH BRUCE,<br><br>    Defendant. | Case No. 2:23-cr-00080-JAM-2<br><br>**THIRD STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING, MODIFY PRESENTENCE SCHEDULE AND THE FILING OF OBJECTIONS TO PRESENTENCE REPORT** |

**IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES** that start date for the Judgment and Sentencing of Jason Bruce scheduled for August 26, 2025, at 9:00 a.m. is **continued** to **September 23, 2025, at 9:00 a.m.**, in courtroom six. The continuance is being requested because defense counsel and government need additional time to prepare for Judgment and Sentencing.

**IT IS SO STIPULATED.**


DATED: July 30, 2025                            KIMBERLY A. SANCHEZ
                                                Acting United States Attorney

                                                /s/ Katherine Theresa Lydon
                                                KATHERINE THERESA LYDON
                                                Assistant U.S. Attorney

1

DATE: July 29, 2025

    /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Jason Bruce

## ORDER

Based on the stipulation of the parties, the 08/26/2025 Judgment and Sentencing in this matter is **CONTINUED** to **September 23, 2025, at 9:00 a.m.**, in Courtroom 6, before Senior District Judge John A. Mendez.

The PSR schedule is **ADOPTED and MODIFIED** as follows:

| | |
|---|---|
| Judgment and Sentencing date: | September 23, 2025 |
| Sentencing Memorandum shall be filed no later than: | **September 16, 2025** |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **August 26, 2025** |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | **August 19, 2025** |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **August 12, 2025** |

**IT IS SO ORDERED.**

Dated: July 31, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2