THOMAS A. JOHNSON, SBN# 119203
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022

Attorney for Defendant
Jason Keith Bruce

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON KEITH BRUCE,<br><br>    Defendant. | Case No. 2:23-cr-00080-JAM-2<br><br>**DECLARATION OF THOMAS JOHNSON** |

I, Thomas A. Johnson, hereby declare:

1. I am the attorney for Defendant Jason Keith Bruce.

2. I am currently in a jury trial before the Honorable Mark Ralphs at the El Dorado County Superior Court, case number CRF0225.

3. The trial was set to begin on July 8, 2025, and was continued at the request of co-counsel to August 29, 2025. I have not asked to continue the jury trial but it was done to accommodate co-counsel.

4. In limine motions began on August 29, 2025, but because of court scheduling we are only in session with the court and the jury Tuesday, Wednesday and Thursday.

5. The length of the trial then went from an estimate of three weeks to six weeks. The jurors have been told to expect it to be completed the last week of October.

1

Declaration of Thomas A. Johnson

6. The allegation is a Penal Code 289(a), a strike and it has priority in state court as a strike sex offense.

7. There are 25 witnesses and the work on the trial prohibits one from working on other matters.

8. This *United States v. Bruce* matter is set for sentencing on September 30, 2025, and when I set that date, I thought I would be available on September 30, 2025.

9. I am asking for a continuance because I need to complete this trial which includes three other attorneys and 17 jurors, all working Tuesday, Wednesday and Thursday.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and that this declaration was executed on September 12, 2025, in Sacramento, California.

                                                 /s/ Thomas A. Johnson  
                                                 THOMAS A. JOHNSON  
                                                 Attorney for Jason Keith Bruce