THOMAS A. JOHNSON, SBN# 119203
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA  95814
Telephone: (916) 442-4022

Attorney for Defendant
Jason Keith Bruce

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>JASON KEITH BRUCE,<br><br>   Defendant. | Case No. 2:23-cr-00080-JAM-2<br><br>**FOURTH STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

**IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES** that the start date for the Judgment and Sentencing of Jason Bruce scheduled for September 30, 2025, at 9:00 a.m. is continued to November 18, 2025, at 9:00 a.m. in courtroom six. The continuance is being requested because defense counsel is currently in a jury trial in El Dorado County through October.

**IT IS SO STIPULATED.**

DATED:  September 15, 2025.          ERIC GRANT
                                     United States Attorney

                                     /s/ Katherine Theresa Lydon
                                     KATHERINE THERESA LYDON
                                     Assistant U.S. Attorney

1

DATE:  September 12, 2025.                    LAW OFFICES OF THOMAS A. JOHNSON

 /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Jason Bruce

# ORDER

Based on the stipulation of the parties, the September 23, 2025 Judgment and Sentencing is **CONTINUED** to **November 18, 2025, at 9:00 a.m.**, in Courtroom 6, before Senior District Judge John A. Mendez.

The PSR schedule is **MODIFIED** as follows:

I

| | |
|---|---|
| Judgment and Sentencing date: | November 18, 2025 |
| Sentencing Memorandum shall be filed **by 05:00 p.m., on or before** | **November 11, 2025** |
| Any response thereto shall be filed **by 03:00 p.m., on or before** | **November 13, 2025** |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **November 04, 2025** |

IS IT SO ORDERED.

Dated:  September 15, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE