THOMAS A. JOHNSON, SBN# 119203
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA  95814
Telephone: (916) 442-4022
Attorney for Jason Bruce

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JASON KEITH BRUCE,<br><br>        Defendant. | Case No. 2:23-cr-00080-JAM-2<br><br>**FIFTH STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

**IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES** that start date for the Judgment and Sentencing of Jason Bruce scheduled for November 18, 2025, at 9:00 a.m. is CONTINUED to January 27, 2026, at 9:00 a.m., in Courtroom 6. The continuance is being requested because defense counsel needs additional time to prepare for Judgment and Sentencing.

**IT IS SO STIPULATED.**


DATED:  November 10, 2025                ERIC GRANT
                                         United States Attorney

                                         /s/ Katherine Theresa Lydon
                                         KATHERINE THERESA LYDON
                                         Assistant U.S. Attorney

1

DATE: November 10, 2025

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Jason Bruce

## ORDER

Based upon the Stipulation of the parties, the November 18, 2025, Judgment and Sentencing is **CONTINUED** to **January 27, 2026, at 9:00 a.m.**, in Courtroom 6, before Senior Judge John A. Mendez.

Any sentencing memorandum shall be filed by **5:00 p.m.**, on or before **January 20, 2026**, and any reply or statement shall be filed by **3:00 p.m.**, on or before **January 22, 2026.**

IT IS SO ORDERED.

Dated: November 10, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2