```
ERIC GRANT
United States Attorney
KATHERINE LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>JASON KEITH BRUCE,<br><br>          Defendant. | CASE NO. 2:23-CR-00080-JAM<br><br>EXHIBIT 2 TO GOVERNMENT SENTENCING MEMO<br><br>DATE: January 27, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

The United States, by and through its undersigned counsel, respectfully submits Exhibit 2 in further support of its sentencing memorandum. Exhibit 2 is the supplemental report prepared to memorialize and support with more specificity the information regarding the defendant's hunting activities in Nevada because, as noted in footnote 6 to the sentencing memorandum, the information in the original report was somewhat vague. The government submits it to ensure that fact that the defendant sought to hunt in Nevada is "supported by sufficient indicia of reliability" and ensure a clean record. See U.S.S.G. S. § 6A1.3(a) (the court may consider relevant information at sentencing without

*[Remainder of page intentionally left blank.]*

Exhibit 2 to Government's Sentencing Memo                    1

regard to its admissibility under the rules of evidence "provided that the information has sufficient indicia of reliability to support its probable accuracy.")

Dated: January 26, 2026

ERIC GRANT
United States Attorney

By: /s/ KATHERINE LYDON
KATHERINE LYDON
Assistant United States Attorney

EXHIBIT 2 TO GOVERNMENT'S SENTENCING MEMO         2