THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022
Email: taj@tomjohnsonlaw.com

Attorney for JASON KEITH BRUCE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:23-cr-00080-JAM-2 |
| ) | |
| Plaintiff, ) | **ORDER EXTENDING SELF SURRENDER DATE** |
| ) | |
| vs. ) | |
| JASON KEITH BRUCE, ) | |
| ) | |
| Defendant ) | |
| ) | |

**IT IS SO ORDERED** that Defendant's Motion to Postpone Self Surrender date (ECF No. 86) is **GRANTED**.  Defendant shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, California, **before 12:00 p.m., on May 11, 2026**.  The defendant is further advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court.  All conditions of pretrial release shall remain in effect until the defendant surrenders in accordance with this order.

The Clerk is **DIRECTED** to serve the United States Marshal's Service with a copy of this order.

Dated: April 10, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

- 1 -